USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE WELLS,

        Plaintiff,

v.

REPUBLIC OF SEYCHELLES, et al.,

        Defendants.

11 Civ. 1907 (LBS)

**ORDER**

SAND, J.

On April 28, 2011, we directed *pro se* Plaintiff Lawrence Wells to serve a Summons and Complaint on Defendants. *See* Order of Service, Apr. 28, 2011, ECF No. 7. At that time we noted that "If service has not been made within the 120 days, and Plaintiff has not requested an extension of time to serve within that 120 days, the Complaint may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure." *Id.* at 3–4.

Plaintiff amended his complaint on July 25, 2011, and an amended service package was sent to Plaintiff on August 11, 2011.

On September 12 and 13, Plaintiff submitted Notices of Motion to allow for an extension of time to serve nineteen of the defendants and asked for default judgment against them.

Because of the difficulty of a *pro se* Plaintiff serving foreign defendants, we **GRANT** Plaintiff an extension of time for 120 days to serve all Defendants. We again direct the Clerk of Court to issue a Summons in this action and again direct Plaintiff to serve the Summons and Amended Complaint upon Defendants.

The motions for default judgment allege that they include certificates of the Clerk of Court noting the default of defendants. They do not. All of Plaintiff's motions for default judgment are **DENIED**.

SO ORDERED.

Dated: Oct 1, 2012
New York, NY

_____
U.S.D.J.